THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF West Virginia

Paul Casto
FPC BECKLEY
P.O BOX 350
Beaver WV 25813

COMPLAINT

CIVIL ACTION NO. 1:23CV8

VS

Laura Whaley
1421 N. 19 ST.
Clarksburg WV 26301

FILED

JAN 19 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Barbara Berkery
1600 West Virginia Ave
Clarksburg WV 26301

Comes now Paul Casto, a federal inmate at FPC Beckley, pro se, asking this court for an order of relief against the above named defendants for the following reasons:

The above named defendants under the disguise of a power of attorney for Ethnie Casto conspired with others to defraud with malicious intent towards Paul Casto and his father (E F Casto) of personal property and assets.

The plantiff had permission from his father to store his belongings at 1900 Gould Ave during his incarcerations and defendants knew this.

The plantif' sent Ms. whaley a list of his property and asked Ms whaley several times on the phone about them. She would not let plantifs sisters or brother on the property and threatened to have them arrested for trespassing. when I specifically asked about a Book bag containing my personal indentication information and on line accounts she stated she saw it in the garage. Later she informed me, that when her and Mr. Renzelli went in the garage that it and my weedeater were missing. I asked her if she reported this to the police and she stated no, it wouldn't do any good. she also stated she and her daughter Ms. Berkery had thrown out several items of mine and my fathers, without consulting me about my belongings. she also placed several items in the yard with a sign saying "FREE", After several attempts to have my property picked up. Ms. whaley agreed to let a friend of mine Robert westfall retrieve my belongings. when Mr. westfall contacted Ms whaley she stated she could not let him on the property; she had sold the property

for the appraisal price of the property and let all contents including my belongings go with the house, and it would be up to the new owner, if and what he wanted to return to me. and she had given him the list I had sent to her. I feel that by doing this, was to cover the fact, that her and her daughter had removed belongings from the property prior to the sell. I had asked her to file a police report prior to selling the house so that any items discovered in someones possesion could be recovered and charges filed. she stated "good luck with that" and refused to file a police report. At no time, had the defendants informed me about the property being sold nor was I given notice that my property needed to be removed by a certain date. prior to the sell. All the above mentioned facts can be supported by the recorded phone calls from the FPC Beckley to 3046231987 From Aug 2022 until in Dec 2022 at which time the defendant blocked my calls (FPC phones used 3715, 3716)

 I am asking this court for relief, for due to the defendants actions in this case

③

upon my release from Federal Prison I am left with nothing; no clothes, no tools, needed to return to my trade of thirty some years as a mason, nor any personal belongings needed for the basic survival of life, nor any way to acquire such.

I am asking the court for a judgment and enforcement of the judment for return of my belongings or compensation of, recovery fees and punitative damages in the amount of Sixty thousand, Eight Hundred and Eighty six dollars and Thirty cents $60,866 30/100 plus court costs and attorney or legal fees. This will help me in support of myself upon my Release for, Federal Prison

attached are: detailed & itemized copy of belongings
            : recovery amounts

Thank You
Paul Casto
Paul Casto   12-12-2023

(4)